### STATE of Rhode Island COMMISSION FOR HUMAN RIGHTS

v.

### TOWN OF JOHNSTON.

### No. 81–487–M.P.

Supreme Court of Rhode Island.

May 20, 1982.

Stone, Clifton & Clifton, Walter R. Stone, Providence, for petitioner.

William H. Corrente, Town Sol., Johnston, for respondent.

### ORDER

The petition for writ of certiorari is granted.

---

### Ernest R. FOREST

v.

### PAWTUCKET SCHOOL COMMITTEE.

### No. 82–90–M.P.

Supreme Court of Rhode Island.

May 28, 1982.

James Murray, Pawtucket, for petitioner.

Joseph V. Cavanagh, Attorney for Pawtucket School Committee, Providence, for respondent.

### GUY REALTY CORP.

v.

### Leonard S. ANDERSON, et al.

### No. 82–165–M.P.

Supreme Court of Rhode Island.

May 28, 1982.

Higgins, Cavanagh & Cooney, Gerald C. DeMaria and Mark P. McKenney, Providence, for plaintiff-respondent.

Rice, Dolan, Kiernan & Kershaw, James A. Currier, Providence, for defendant-petitioner.

### ORDER

The petition for writ of certiorari and motion for stay are hereby denied.